JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD KAUFMAN,<br><br>      Plaintiff,<br><br>   v.<br><br>CROWN EQUIPMENT CORPORATION, et al.,<br><br>      Defendants. | Case No. 2:23-cv-05709-MWF-(AJRx)<br><br>**ORDER FOR DISMISSAL** |

The Court, having reviewed the parties' Joint Stipulation for Dismissal (Docket No. 21), and for good cause appearing therefore:

**IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED** with prejudice, with each party to bear its own attorney's fees and costs.

Dated:  February 16, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge